

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BENANCIO RODRIGUEZ,

vs.

JUDGE LAWRENCE J. O'NEILL,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-1466 OWW/WMW HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

\_\_X\_\_   Denied for the following reason:
UNEXHAUSTED PETITION

Dated: 3-12-07

OLIVER W. WANGER
United States District Judge